IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | MULTI-DISTRICT LITIGATION |
| ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION | : | NO. MDL 875 |
| | | |
| DAVID COSEY, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 99-cv-0164 |
| E.D. BULLARD, et al. | : | (U.S.D.C. Mississippi Southern) |
| | | |
| LOWERY, GLENN E., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-cv- __61542__ |
| E.D. BULLARD, et al. | : | (U.S.D.C. Pennsylvania Eastern) |

## MEMORANDUM AND ORDER

A civil action concerning asbestos products liability was filed in the United States District Court for the Southern District of Mississippi and was properly docketed as 99-cv-0164 in that court. This civil action was brought by 3,469 individual plaintiffs (the lead plaintiff was David Cosey).

On January 2, 2008, this aforesaid civil action was transferred from the United States District Court for the Southern District of Mississippi to this court as part of the multi-district asbestos products liability litigation known as MDL 875. While all of the plaintiffs claim to suffer from asbestos-related diseases, their claims clearly do not arise out of the same transaction, occurrence, or series of transactions or occurrences, and are therefore not related within the

meaning of Federal Rule of Civil Procedure 20.[1] Moreover, severance is appropriate as these individual claims will each require separate trials, as they may involve different witnesses, different evidence, and different legal theories of recovery and defense, which could lead to confusion of the jury.[2]

Accordingly, on January 2, 2008, in order to facilitate the efficient administration of justice,[3] this court ordered that this matter be severed into 3,469 separate civil actions with 3,469 separate civil action numbers. At the present time, it is now crucial for this court to address two relevant issues:

*     The need for the filing of a severed and amended complaint in each of the aforesaid new civil actions; and,

*     The need to assess filing fees in each of these cases pursuant to 28 U.S.C. §1914(a) (except for the new civil action representing the claims of David Cosey, the lead plaintiff in the aforesaid matter originally filed in the United States District Court for the Southern District of Mississippi).

28 U.S.C. §1914(a), in its entirety, states:

"The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350, except that on application for a writ of habeas corpus the filing fee shall be $5."

This court has noted that

---

[1] In Re: Avandia Marketing, Sales Practices and Products Liability Litigation, MDL No. 1871 (ED Pa. July 21, 2008); DirectTV v. Weiss, 03-cv-3277 (ED Pa. August 5, 2003); DirectTV v. Citrigno, 03-cv-3282 (ED Pa. October 27, 2003); Myers v. Consolidated Rail Corporation, 96-cv-6579 (ED Pa. October 17, 1996). Accord, In Re: Diet Drugs, MDL 1203, 325 F.Supp. 2d 540 (ED Pa. 2004).

[2] Accord, United States v. 1,071.08 Acres of Land, Yuma & Mohave Counties, Arizona, 564 F.2d 1350 (9th Cir. 1977); and, Manufacturers Bank & Trust Company of St. Louis v. Transamerica Insurance Company, 568 F.Supp. 790 (ED Mo. 1983).

[3] Accord, In Re: Diet Drugs, MDL 1203, 325 F.Supp. 2d 540 (ED Pa. 2004).

"28 U.S.C. §1914(a) requires the clerk to obtain a ... filing fee from parties 'instituting a civil action, suit or proceeding whether by original process, removal or otherwise.' By including the words *proceeding* and *otherwise*, Congress has given the statute a very broad reach. While it is true that the plaintiffs started out with one civil action, this court has now compelled the filing of separate complaints for each of the plaintiffs. The filing of a separate complaint constitutes the institution of a civil action or proceeding- if not by original process or removal, then *otherwise* (emphasis added in the original)."[4]

This interpretation of the statute supports the payment of a filing fee for each separate complaint, and has been supported by the United States Court of Appeals for the Third Circuit.[5] There are two federal policies which support this interpretation of this statute:[6]

*     The filing fee requirement is a revenue raising measure; and,

*     The filing fee requirement is a threshold barrier, albeit a modest one, against the filing of frivolous or otherwise meritless lawsuits.

Accordingly, this twelfth day of September, 2008, it is hereby **ORDERED** as follows.

1.     Within sixty (60) days, <u>each</u> individual plaintiff and that plaintiff's spouse, if a party, or the estate's administrator, shall file one "Severed and Amended Complaint," which shall be captioned with the aforesaid new civil action number. Failure to comply with this section of the instant Order may result, upon motion by any concerned defendant, in the dismissal of that specific plaintiff's civil action <u>with prejudice</u>, pursuant to Federal Rule of Civil Procedure 41.

2.     Each Severed and Amended Complaint shall contain the specific claims asserted by that individual plaintiff and that plaintiff's spouse, if a party, or the estate's administrator,

---

[4] <u>In Re: Diet Drugs</u>, MDL 1203, 325 F.Supp. 2d 540 (ED Pa. 2004).

[5] <u>U.S. ex rel LaCorte v. Smith Kline Beecham</u>, 149 F.3d 227 (3rd Cir. 1998).

[6] <u>In Re: Diet Drugs</u>, MDL 1203, 325 F.Supp. 2d 540 (ED Pa. 2004).

3

against any defendant named in the Severed and Amended Complaint. Failure to comply with this section of the instant Order may result, upon motion by any concerned defendant, in the dismissal of that specific plaintiff's civil action <u>with prejudice</u>, pursuant to Federal Rule of Civil Procedure 41.

3.  Each Severed and Amended Complaint shall be submitted to the Clerk of Court on disk in portable document format (pdf), along with a courtesy paper copy of the complaint, for filing. Pursuant to Local Rule of Civil Procedure 5.1.2, all attorneys shall apply for a signature code by completing and filing with the Clerk of Court a Validation of Signature Form, a copy of which is attached hereto. An attorney's signature code shall be entered on the signature line of the courtesy copy of the Severed and Amended Complaint for the purpose of signature validation pursuant to Federal Rule of Civil Procedure 11.

4.  Absent prior leave of court, a Severed and Amended Complaint shall contain only those claims pleaded in the original multi-plaintiff action or some subset of those claims. Failure to comply with this section of this Order may result, upon motion by any concerned defendant, in the dismissal of the affected claims with prejudice.

5.  Absent prior leave of court, a Severed and Amended Complaint shall not name any new defendants not named in the original multi-plaintiff action. Claims made against any such "new defendants" may result, upon motion by any such "new defendant," in the dismissal of the affected claims with prejudice.

6.  Claims against any defendant who is named in the original action, but who is not named as a defendant by the specific plaintiff in any one specific Severed and Amended Complaint may result in the dismissal, <u>*sua sponte*</u>, of that specific plaintiff's civil action with prejudice.

4

7. Except for David Cosey (the lead plaintiff in the aforesaid matter originally filed in the United States District Court for the Southern District of Mississippi), each plaintiff who files a Severed and Amended Complaint shall remit to the Clerk of Court a filing fee in the amount of $350.00, pursuant to 28 U.S.C. §1914(a). A specific plaintiff's failure to comply with this section of the instant Order may result in the dismissal, *sua sponte*, of that specific plaintiff's civil action with prejudice.

8. Each Severed and Amended Complaint must be served by the concerned plaintiff as required by Federal Rule of Civil Procedure 5.

BY THE COURT:

JAMES T. GILES, J.

9/15/2008

Entered and copies mailed to attorneys listed on attached sheet.

Cosey v. E.D. Bullard, et al.
(E.D. P.A. 08-cv-60000)

## Certificate of Service

Alwyn Hall Luckey
P.O. Box 724
Ocean Springs, MS 3956

Robert G. Taylor, III
P.O. Drawer 1707
Pascagoula, MS 39568

Karen K. Sawyer
Bryant, Clark, Dukes, Blakeslee
Raymsay & Hammond
P.O. Box 10
Gulfport, MS 39502

Don W. Moore
Kirkland & Barfield
P.O. Drawer 22989
Jackson, MS 39225-2989

Clyde L. Nichols, III
Scott, Sullivan, Streetman & Fox
725 Avignon Dr.
Ridgeland, MS 39157

Jeffrey P. Hubbard
Wells Moore Simmons &
Hubbard, PLLC
P.O. Box 1970
Jackson, MS 39215-1970

Robert M. Cunningham, II
934 Jackson Avenue
P.O. Drawer 1707
Pascagoula, MS 39568-1707

William Roberts Wilson, Jr.
P.O. Box 321414
Flowood, MS 39232

Kevin D. Graham
Barfield & Associates
P.O. Box 2749
Madison, MS 39130-2749

Stefan G. Bourn
Forman, Perry, Watkins, Drutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Thomas W. Tyner
Aultman, Tyner, McNeese &
Ruffin, Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

Patrick R. Buchanan
Brown Buchanan, PA
P.O. Box 1377
Biloxi, MS 39533-1377

Robert A. Pritchard
P.O. Drawer 1707
Pascagoula, MS 39568

James O. Dukes
Bryant, Clark, Dukes,
Blakeslee, Ramsay & Hammond
P.O. Box 10
Gulfport, MS 39502

David A. Barfield
Barfield & Associates
P.O. Box 2749
Madison, MS 39130-2749

Stephen P. Kruger
Page, Kruger and Holland
P.O. Box 1163
Jackson, MS 39215

William N. Graham
Aultman, Tyner, McNeese & Ruffin,
Ltd.
315 Hemphill Street
P.O. Drawer 750
Hattiesburg, MS 39403-0750

W. Mark Edwards
Page, Mannino, Peresich
& McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Jonathan Will Thame
Montgomery Barnett Brown
Read Hammond & Mintz
3200 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Edward J. Currie, Jr.
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
1044 River Oaks Drive
Jackson, MS 39205

David W. Dogan, III
Dogan & Wilkinson, PLLC
P.O. Box 23062
Jackson, MS 39225

Raymond L. Brown
Brown, Buchanan & Sessoms,
PA
P.O. Box 2220
Pascagoula, MS 39569

Jeanette Seraile-Riggins
Willingham Fultz & Cougill,
LLP
The Niels Eperson Bldg.-Ste.
1608
808 Travis Street
Houston, TX 77002

Karl R. Steinberger
Williams, Heidelberg,
Steinberger & McElhaney, PA
P.O. Box 1407
Pascagoula, MS 39568

Richard L. Forman
Forman, Perry, Watkins, Drutz
&
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Richard M. Edmonson
Robinson Biggs Ingram Solop &
Farris
P.O. Box 14028
Jackson, MS 39225-4028

Edward Mizell
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
210 East Capitol Street
17th Floor
Region, Plaza
Jackson, MS 39201

Thomas E. Vaughn
Vaughn Bowden & Wooten, PA
P.O. Drawer 250
2304 19th Street, Ste. 102
Gulfport, MS 39502-0240

Daphne M. Lancaster
Aultman, Tyner & Ruffin, Ltd.
P.O. Drawer 750
315 Hemphill Street
Hattiesburg, MS 39403-0750

Roxanne Penton Case
Wilkins Stephens & Tipton, PA
P.O. box 13429
Jackson, MS 39236

Reuben V. Anderson
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225-03066

Thomas W. Tardy, III
Forman, Perry, Watkins, Drutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Fred Krutz, III
Forman, Perry, Watkins, Drutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Michael Edward Whitehad
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Walter G. Watkins, Jr.
Forman, Perry, Watkins, Drutz &
Tardy
P.O. Box 22608
Jackson, MS 39225-2608

Hal Roach, Jr.
Willingham Fultz & Cougill, LLP
The Niels Eperson Bldg.-Ste. 1608
808 Travis Street
Houston, TX 77002

William A. Petterson
Wilkins Stephens & Tipton, PA
P.O. box 13429
Jackson, MS 39236

Roy C. Williams
Williams, Heidelberg, Steinberger &
McElhaney, PA
P.O. Box 1407
Pascagoula, MS 39568

John W. Robinson, III
Phelps Dunbar
P.O. Box 23066
Jackson, MS 39225

| | | |
|---|---|---|
| Kari L. Foster<br>Butler Snow O'Mara Stevens & Cannada<br>P.O. Box 22567<br>Jackson, MS 39225 | Ross F. Bass, Jr.<br>Phelps Dunbar<br>P.O. box 23066<br>Jackson, MS 39225 | William C. Reeves<br>Balch & Bingham, LLP<br>401 East Capitol Street<br>Ste. 200<br>Jackson, MS 39201 |
| Louis F. Coleman<br>Forman, Perry, Watkins, Drutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | James L. Jones<br>Baker Donelson Bearman Caldwell & Berkowitz<br>P.O. Box 14167<br>Jackson, MS 39236 | Karen H. Spencer<br>Spencer & Spencer, PLLC<br>5760 I-55 North<br>Ste. 450<br>Jackson, MS 39211 |
| Craig E. Brasfield<br>Forman, Perry, Watkins, Drutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | William N. Reed<br>Baker Donelson Bearman Caldwell & Berkowitz<br>P.O. Box 14167<br>Jackson, MS 39236 | Lynn Plimpton Ladner<br>Watkins & Eager<br>P.O. Box 650<br>Jackson, MS +39205-0650 |
| Edwin S. Gault, Jr.<br>Forman, Perry, Watkins, Drutz & Tardy<br>P.O. Box 22608<br>Jackson, MS 39225-2608 | Burce M. Kuehnle, Jr.<br>Kuehnle, PLLC<br>P.O. Box 866<br>Natchez, MS 39121 | Joseph M. Allen<br>Johnstone Adams Bailey Gordon & Harris<br>P.O. Box 1988<br>Mobile, AL 36633 |
| Walter C. Morrison, IV<br>Sessums Dallas & Morrison, PLLC<br>240 Trace Colony Park Dr.<br>Ste. 100<br>Ridgeland, MS 39157 | Brett K. Williams<br>Williams, Heidelberg, Steinberger & McElhaney, PA<br>P.O. Box 1407<br>Pascagoula, MS 39568 | Robert W. Wilkinson<br>Dogan & Wilkinson, PLLC<br>P.O. Box 23062<br>Jackson, MS 39225-3062 |
| Lanny R. Pace<br>Steen Dalehite & Pace<br>P.O. Box 900<br>Jackson, MS 39205-0900 | Michael Jason Clayton<br>Watkins Ludlam Winter & Stennis, PA<br>P.O. Box 427<br>Jackson, MS 39205 | Elena L. Guida<br>Daniel Coker Horton & Bell<br>P.O. Box 1084<br>Jackson, MS 39215-1084 |
| Britt R. Singletary<br>Singletary & Thrash<br>P.O. Box 1229<br>Biloxi, MS 39533 | J. Henry Ros<br>Watkins, Ludlam, Winter & Stennis, P.A.<br>P.O. Drawer 160<br>2510 14th Street<br>Ste. 1010<br>Gulfport, MS 39502 | Fayen Murphree James<br>Wikins, Stephens & Tipton, PA<br>P.O. Box 13429<br>Jackson, MS 39236 |

James P. Streetman, III
Scott, Sullivan, Streetman & Fox
P.O. Box 13847
Jakcson, MS 39236-3847

Brooks R. Buchanan
Butler, Snow, O'Mara, Stevens,
P.O. Box 22567
17th Floor
Jackson, MS 39225-2657

Joni M. Mangino
Zimmer Kunz, PLLC
2200 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Carey R. Varnado
Montague, Pittman & Varnardo
P.O. Drawer 1975
Hattiesburg, MS 39403

Susan Coco
Montague, Pittman & Varnardo
P.O. Drawer 1975
Hattiesburg, MS 39403

Kimberly Paige Mangum
Barfield & Associates
P.O. Box 3979
Madison, MS 39207-3979

George T. Shipley
Shipley Snell Montgomery
1001 Fannin - Ste. 4400
Houston, TX 77002

Jeffrey H. Marsh
1770 St. James Place, Ste. 350
Houston, TX 77056

R. Kent Hudson
320 Main Street
Natchez, MS 39120

Daniel E. Krauth
Zimmer Kunz, PLLC
2200 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph W. Selep
Zimmer Kunz, PLLC
2200 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Apryl Ready
Morris Bart, PLLC
1712 15th Street
Ste. 200
Gulport, MS 39501

Jack R. Dodson, III
Bradley Arant Rose & White, LLP
188 E. Capitol Street
Ste. 450
Jackson, MS 39201

William F. Goodman, III
Watkins & Eager, PLLC
P.O. Box 650
Jackson, MS 39205-0650

William David George
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Gretchen Luke Gentry
Daniels & Gentry, PLLC
P.O. Box 55848
Jackson, MS 39296

Alexander P. Bicket
Zimmer Kunz, PLLC
2200 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Gary P. Connelly
Leboeuf Lamb Greene & McCrae, LLP
One Gateway Center
420 Fort Duuesne Blvd.
Ste. 1600
Pittsburgh, PA 15219

Alben N. Hopkins
Hopkins & Associates
2701 24th Avenue
Gulfport, MS 39501

Rebecca Kathryn Jude
Jude & Coco, PA
P.O. Box 17499
Hattiesburg, MS 39404-7499

Lucien C. Gwin, III
Gwin Lewis & Punches
P.O. Box 1344
Natchez, MS 39121

Brady Sherrod Edwards
Edwards Burns & Kriser, LLP
1000 Louisiana - Ste. 1300
Houston, TX 77002

Christopher A. Shapley
Brunini, Grantham, Grower & Hewes
P.O. Drawer 119
Jackson, MS 39205

William D. Harvard
Blasingame, Burch, Garrard & Bryant, P.C.
440 College Avenue North
P.O. Box 832
Athens, GA 30603

J. Price Coleman
Baker Donelson Bearman
Caldwell & Berkowitz, P.C.
P.O. Box 14167
Jackson, MS 39236

Paul Victor Cassisa, Jr.
Bernard Cassisa Elliott & Davis
1727 E. University Avenue.
Ste. F. - P.O. Box 1138
Oxford, MS 38655

David B. Frederick
Cetrulo & Capone
Exchange Place
Two Seaport Lane, 10th Floor
Boston, MA 02210

Thomas Y. Page
Page, Kruger & Holland, PA
P.O. Box 1163
Jackson, MS 39215-1163

Felix Lee Bowie, III
Davison Bowie & Sims, PLLC
P.O. Box 321405
Jackson, MS 39232

Scott William Bates
Baker Donelson Bearman
Caldwell & Berkowitz, P.C.
P.O. Box 14167
Jackson, MS 39236

Thomas W. Busby
18768 Robins Cove
Saucier, MS 39574

David H. Fulcher
U.S. Attorney's Office
188 E. Capitol Street, Ste. 500
Jackson, MS 39201

Silas W. McCharen
Daniel Coker Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Annette M. Boelhouwer
Cetrulo & Capone
Two Seaport Lane
Boston, MA 02210

Lawrence G. Cetrulo
Cetrulo & Capone
Two Seaport Lane, 10th Floor
Exchange Place
Boston, MA 02110

David H. Flucher
U.S. Attorney's Office
188 E. Capitol Street, Ste. 500
Jackson, MS 39201

Charles H. Abbott
Abbott Simses & Kuchler
400 Lafayette St., Ste. 200
New Orleans, LA 70130

Kay Barnes Baxter
Barfield & Baxter
650 Poydras Street
Ste. 2400
New Orleans, LA 70130

David W. Clark
Bradley Arant Rose & White, LLP
P.O. Box 1789
Jackson, MS 39215

Jeffrey P. Fultz
Willingham Fultz & Cougill, LLP
The Niels Eperson Bldg.-Ste. 1608
808 Travis Street
Houston, TX 77002

John H. Holloman, III
Watkins, Ludlam Winter & Stennis, P.A.
P.O. Box 427
Jackson, MS 39205

Brian D. Gross
Cooley, Manion, Jones, LLP
21 Custom House Street
Boston, MA 02110

Nathaniel J. Dudley
McDermott, Will & Emery
28 State Street
Boston, MA 02109-01775

Patrick N. Harkins, III
Watkins & Eager, PLLC
P.O. Box 650
Jackson, MS 39205-0650

Corina E. Salazar
Abbott, Simses & Kuchler
4210 East Capitol Street
Ste. 1090
Jackson, MS 39201

Jim Bullock
Shell Buford, PLLC
P.O. Box 157
Jackson, MS 39205

Walter W. Dukes
Dukes, Dukes, Keating & Fancea
2909 13th Street, 6th Floor
Gulfport, MS 39501

Faye Murphree James
Wilkins Stephens & Tipton, PA
P.O. box 13429
Jackson, MS 39236

Terrence K. Knister
Abbott & Meeks
400 Lafayette Street
Ste. 200
New Orleans, LA 70130

Michael Edward Whitehead
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Ronald G. Peresich, Jr.
Page, Mannino, Peresich &
McDermott
P.O. Drawer 289
759 Vieux Marche' Mall
Biloxi, MS 39533-0289

Jonathan William Thames
Montgomer Barnett Brown Read
Hammond & Mintz
3200 Energy Centre
100 Poydras Street
New Orleans, LA 70163